**JS-6**

Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
W. SCOTT PARKER, III

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| W. SCOTT PARKER, III, | Case No.: 09-CV-04808-SJO-AGR |
| Plaintiff, | **[ORDER ENTERING STIPULATION FOR JUDGMENT** |
| v. | |
| ALLIED INTERSTATE, INC., | |
| Defendant. | |

Good cause appearing, IT IS ORDERED that judgment will be entered in favor of Plaintiff, W. SCOTT PARKER, III, and against Defendant, ALLIED INTERSTATE, INC, pursuant to stipulation, and on the request of the parties, for the following:

  a. Plaintiff will receive $500.00 for alleged damages,

  b. Plaintiff will receive reasonable attorneys' fees of $2650.00. and

  c. Plaintiff will receive reasonable costs of $350.00.

2. On entry, this judgment will become final.

  **IT IS ORDERED**

Dated: December 9, 2009

_____
S. James Otero
United States District Judge

- 1 -

**[PROPOSED] ORDER ENTERING JUDGMENT**